UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| **DAVORISE QUINELL ALLEN,** | ) | CASE NO. **09-71596** - MHM |
| **REUSHAUN LENAE ALLEN,** | ) | |
| | ) | |
| Debtors. | ) | |

**ORDER VACATING DISCHARGE ORDER**

On October 16, 2013, an *Order Discharging Chapter 13 Debtors* was entered in this case in error (Doc. No. 101) (the "Discharge Order"). 11 U.S.C. § 1328(a) requires debtors to certify that they have paid all domestic support obligations due prior to receiving a discharge; however, only Debtor Reushaun Lenae Allen filed a § 1328 Certificate prior to the Discharge Order. On November 27, 2013, Debtor Davorise Quinell Allen filed a § 1328 Certificate indicating that he has **not** paid all domestic support obligations during the pendency of this case. Accordingly, it is hereby

ORDERED that the Discharge Order entered October 16, 2013 is *vacated.*

**The Clerk, U.S. Bankruptcy Court, is directed to serve** a copy of this order upon Debtor, Debtor's attorney, the Chapter 7 Trustee, and all creditors and parties in interest.

IT IS SO ORDERED, this the 10th day of December, 2013.

MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE